USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EMANUEL DELACRUZ, *individually and on behalf of all others similarly situated,*

                Plaintiff,

-against-

PURDY'S FARM, LLC, ET AL.,

                Defendants.

------------------------------------------------------------x

19-CV-5915 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    November 27, 2019
             New York, New York

                                            HON. ANDREW L. CARTER, JR.
                                            United States District Judge